**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**IN RE: Phillip Delgado dba Hydraulic Flow**　　　　**BK NO. 26-00196 MJC**
　　　　　　　　　　　**Debtor(s)**

　　　　　　　　　　　　　　　　　　　**Chapter 13**

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　　Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.


　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　/s/ *Matthew Fissel*
　　　　　　　　　　　Matthew Fissel
　　　　　　　　　　　13 Feb 2026, 12:10:48, EST



　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　215-627-1322

Document ID: 99a380cd55c07334479c2dc5bba3128395dab7341198ab1eaf300epd1aa404c7