IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
Wilkes-Barre Division

| | | |
|---|---|---|
| IN RE:  PHILLIP DELGADO, | : | CHAPTER 13 |
| | : | |
| Debtor. | : | CASE NO. 5:26-bk-00196-MJC |
| | : | |
| PHILLIP DELGADO, | : | |
| | : | |
| Objector. | : | |
| vs. | : | |
| | : | |
| LVNV Funding, LLC, | : | OBJECTIONS TO: |
| c/o Resurgent Capital Services, | : | CLAIMS 4, 5, 6 & 7 |
| | : | |
| Claimant. | : | Docket Nos. 17, 18, 19 & 20 |
| | : | |

## **CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on February 23, 2026, I served by first-class mail, postage pre-paid, copies of the **Objections** to the claims, which Objections are filed at the Docket numbers, all of which claims and Docket numbers are noted in the caption above, along with the respective filed **NOTICE(S) OF OBJECTION TO CLAIM AND DEADLINE TO REQUEST HEARING DATE,** along with each **Proposed Order,** upon the same claimant at the same address provided in its proofs of claim, to wit:

LVNV Funding, LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

I certify under penalty of perjury that the foregoing is true and correct.

Dated:    February 23, 2026          STEVEN R. SAVOIA, Attorney at Law


By:____ /s/ Steven R. Savoia_____
            Attorney ID # 92253
            621 Ann St., Lower Rear; P.O. Box 263
            Stroudsburg, PA 18360
            Telephone No.: (570) 972-2060
            Facsimile No.:  (570) 338-3499
Attorney for Debtor, Phillip Delgado