United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Phillip Delgado

    Debtor

Case No. 26-00196-MJC

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5

Date Rcvd: Apr 07, 2026

User: AutoDocke

Form ID: pdf010

Page 1 of 1

Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5780991 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 07 2026 18:39:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2026        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Steven R Savoia | on behalf of Debtor 1 Phillip Delgado ssavoia@ptd.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
Wilkes-Barre Division

| | | |
|---|---|---|
| IN RE: PHILLIP DELGADO, | : | CHAPTER 13 |
| | : | |
| | : | CASE NO. 5:26-bk-00196-MJC |
| | : | |
| Debtor. | : | |
| | : | |
| PHILLIP DELGADO, | : | |
| | : | |
| Objector. | : | |
| vs. | : | |
| | : | |
| LVNV Funding, LLC, | : | OBJECTION TO CLAIM #4 |
| c/o Resurgent Capital Services, | : | |
| | : | |
| Claimant. | : | |
| | : | |

## ORDER SUSTAINING OBJECTION AND DISALLOWING CLAIM NUMBER 4

Upon consideration of the Debtor's Objection to Claim Number 4, which claim was filed on behalf of LVNV Funding, LLC, by Resurgent Capital Services, Doc. 17 ("Objection"), after counsel's certification that proper notice was provided to all parties entitled to notice, no responses having been filed thereto, it is hereby

**ORDERED** that the Objection is **SUSTAINED**, and that Claim Number 4 is hereby **DISALLOWED** in its entirety.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: April 7, 2026