UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| PHILLIP DELGADO, | : | |
| Debtor | : | CHAPTER 13 |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | CASE NO.   5:26-BK-00196-MJC |
| | : | |
| PHILLIP DELGADO, | : | |
| Respondent | : | |

TRUSTEE'S OBJECTION TO DEBTOR'S EXEMPTIONS

AND NOW, this 18th day of May 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the Debtor's exemptions for the following reason(s):

1.  The Trustee objects to § 522(1)(5)(6). Debtor(s) exemption of 100% of Fair Market Value without proof of the asset's value deprives unsecured claimants of the asset's value to the estate if it was liquidated under Chapter 7 of the Bankruptcy Code.

WHEREFORE, Trustee requests that this Honorable Court to sustain the Trustee's Objection to Debtor's Exemptions.


Respectfully submitted,

/s/ Agatha R McHale
For Jack Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA   17036
(717)566-6097

<u>CERTIFICATE OF SERVICE</u>

AND NOW, 18th day of May 2026, I hereby certify that I have served the within Objection by electronically notifying parties or depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, by either ECF, or first class mail, to the following:

STEVEN R SAVOIA, ESQUIRE
621 ANN STREET
P.O. BOX 263
STROUDSBURG, PA 18360-

/s/ Ashley Schott
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| PHILLIP DELGADO, | : | |
| Debtor | : | CHAPTER 13 |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | CASE NO.   5:26-BK-00196-MJC |
| | : | |
| PHILLIP DELGADO, | : | |
| Respondent | : | |

**ORDER**

Upon consideration of Trustee's Objection to Debtor's Exemptions, IT IS HEREBY ORDERED that Trustee's Objection to Exemptions is sustained.