United States Bankruptcy Court

Middle District of Pennsylvania

In re:
Phillip Delgado
    Debtor

Case No. 26-00196-MJC

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: AutoDocke        Page 1 of 2

Date Rcvd: May 19, 2026        Form ID: ntcnfhrg        Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Phillip Delgado, 109 Corktree Road, Kunkletown, PA 18058-8126 |
| 5775734 | | Commonwealth of Pennsylvania, Department of Revenue, PO Box 280431, Harrisburg, PA 17128?0431 |
| 5775738 | + | The Woods POA, 7164 Route 209, Stroudsburg, PA 18360-7108 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 5786784 | + | Email/Text: feedback@cascadereceivables.com | May 19 2026 18:51:00 | CASCADE CAPITAL FUNDING, LLC, 5341 Old Redwood Hwy Suite 210, Petaluma, CA 94954-7127 |
| 5775733 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | May 19 2026 18:53:19 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 5779953 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 19 2026 18:53:13 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5785555 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 19 2026 18:53:08 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5775735 | ^ | MEBN | May 19 2026 18:47:21 | GoodLeap, LLC, PO Box 850717, Richardson, TX 75085-0717 |
| 5775736 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 19 2026 18:51:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5781125 | + | Email/Text: RASEBN@raslg.com | May 19 2026 18:51:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5780991 | | Email/PDF: resurgentbknotifications@resurgent.com | May 19 2026 18:53:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5787699 | + | Email/PDF: ebnotices@pnmac.com | May 19 2026 19:05:01 | PENNYMAC LOAN SERVICES, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5782296 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 19 2026 18:53:14 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5780621 | ^ | MEBN | May 19 2026 18:47:14 | PPL Electric Utilities, 827 Hausman Rd, Allentown, PA 18104-9392 |
| 5776022 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 19 2026 18:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5775737 | + | Email/PDF: ebnotices@pnmac.com | May 19 2026 18:53:08 | Pennymac Loan Services, LLC, PO Box 950002, |

| | | | | Fort Worth, TX 76155-9802 |
|---|---|---|---|---|
| 5786904 | Email/Text: bnc-quantum@quantum3group.com | | May 19 2026 18:51:00 | Quantum3 Group LLC as agent for, GoodLeap, PO Box 788, Kirkland, WA 98083-0788 |
| 5776098 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | | May 19 2026 18:53:08 | U.S. Department of Housing and Urban Development, The Strawbridge Building, 801 Market Street 12th Floor, Philadelphia, PA 19107 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5780992 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2026    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Steven R Savoia | on behalf of Debtor 1 Phillip Delgado ssavoia@ptd.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Phillip Delgado,
dba Hydraulic Flow,

Chapter     13

**Debtor 1**

Case No.     5:26−bk−00196−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**June 18, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: June 25, 2026<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 19, 2026 |

ntcnfhrg (08/21)