IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(Wilkes-Barre Division)

IN RE: PHILLIP DELGADO,                   :     CHAPTER 13
                                          :
                      Debtor.             :     CASE NO.5:26-bk-00196-MJC
                                          :
JACK N. ZAHAROPOULOS                      :
CHAPTER 13 TRUSTEE,                       :
                                          :
                      Movant,             :
                                          :
           vs.                            :
                                          :
PHILLIP DELGADO.                          :
                                          :
                      Respondent.         :
                                          :

**DEBTOR'S RESPONSE TO TRUSTEE'S OBJECTION
TO DEBTOR'S EXEMPTION (Docket #36 & #38)**

The Debtor, PHILLIP DELGADO, by and through his undersigned attorney, hereby files his response to the Trustee's Objection to Debtor's Exemption (the "Obj. to Exemption"), which Obj. to Exemption deals solely with Debtor's original claim of homestead exemption asserted in his original Schedule C filed earlier in this case, and avers as follows:

On even date herewith Debtor has filed an Amendment to Schedule C asserting a homestead exemption as a sum certain as requested by the Trustee in his Obj. to Exemption. Accordingly, it is respectfully requested that the Trustee withdraw the pending Obj. to Exemption prior to any tentative hearing that may be set on this matter, or in the alternative, that this Court enter its order overruling the Obj. to Exemption. It should be noted that the 1st Amended Plan currently scheduled for confirmation hearing on June 25, 2026, provides for 100% payment from future earnings to all holders of allowed claims in this case.

1

WHEREFORE, the Debtor respectfully requests that this Honorable Court enter an Order overruling or denying the Objection to Exemption, and granting the Debtor such other and further relief as is just and proper.

Dated:     June 9, 2026               Respectfully submitted,

                                        STEVEN R. SAVOIA, Attorney at Law

                                        By:     /s/ Steven R. Savoia
                                            Attorney ID # 92253
                                            621 Ann Street; P.O. Box 263
                                            Stroudsburg, PA 18360
                                            Telephone No.: (570) 972-2060
                                          Facsimile No.:  (570) 338-3499
                                    Attorney for Debtor, Phillip Delgado

2