IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(Wilkes-Barre Division)

| | | |
|---|---|---|
| IN RE: PHILLIP DELGADO, | : | CHAPTER 13 |
| Debtor. | : | CASE NO.5:26-bk-00196-MJC |
| JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE, | : | |
| Movant, | : | |
| vs. | : | |
| PHILLIP DELGADO. | : | |
| Respondent. | : | |

**DEBTOR'S RESPONSE TO TRUSTEE'S OBJECTION
TO DEBTOR'S EXEMPTIONS (Docket #44)**

The Debtor, PHILLIP DELGADO, by and through his undersigned attorney, hereby files

his response to the Trustee's Objection to Debtor's Exemption (the "Obj. to Exemption"; Dkt. #44,

Filed on June 18, 2026), and avers as follows:

In connection with confirmation of the Debtor's 1st Amended Plan providing for 100%

payment from future earnings to all holders of allowed claims in this case, which confirmation

occurred on June 25, 2026, the Debtor filed an additional Amendment to Schedule C (Dkt. #47)

constituting a complete amendment of all previous claims of exemption filed in this case. On the

basis of such filing, the Trustee supported confirmation of the 1st Amended Plan.

Accordingly, the Obj. to Exemption has effectively been resolved.

[Remainder of this page intentionally left blank.]

1

WHEREFORE, the Debtor respectfully requests that this Honorable Court enter an Order overruling or denying the ostensibly still pending Obj. to Exemption (Dkt. #44), and granting the Debtor such other and further relief as is just and proper.

Dated:      July 9, 2026            Respectfully submitted,

STEVEN R. SAVOIA, Attorney at Law

By:____/s/ Steven R. Savoia_____
       Attorney ID # 92253
       621 Ann Street; P.O. Box 263
       Stroudsburg, PA 18360
       Telephone No.: (570) 972-2060
       Facsimile No.:  (570) 338-3499
Attorney for Debtor, Phillip Delgado

2