IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(Wilkes-Barre Division)

| | | |
|---|---|---|
| IN RE: PHILLIP DELGADO,<br><br>Debtor. | : | CHAPTER 13<br><br>CASE NO. 5:26-00196-MJC |
| PENNYMAC LOAN SERVICES, LLC,<br><br>Movant,<br><br>vs.<br><br>PHILLIP DELGADO,<br><br>Debtor/Respondent,<br><br>and<br><br>JACK N. ZAHAROPOULOS,<br><br>Trustee / Respondent. | : | |

**ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY; AND REQUEST FOR HEARING**

PHILLIP DELGADO, by and through his undersigned counsel, hereby submits his answer to the Motion for Relief from Automatic Stay to inform the Court that the parties, or its mortgage servicer, are working toward a settlement, which the parties hope to submit for approval of this Court prior to any hearing scheduled on the Motion.

Accordingly, this answer is submitted to prevent an order granting relief from being entered on default of Debtor to answer the Motion. Debtor reserves his right to supplement this answer with further documentation and argument, if necessary.

WHEREFORE, the Debtor, Phillip Delgado, respectfully requests that the Court not enter an order granting relief and allow the hearing to be held as scheduled subject to a request by the

parties to remove the matter from the hearing list because of settlement of the matter, or requesting a continuance of the hearing to finalize a settlement.

Dated: September 15, 2026

Respectfully submitted,

STEVEN R. SAVOIA, Attorney at Law

/s/ Steven R. Savoia

Attorney ID #92253
1184 West Main Street; P.O. Box 263
Stroudsburg, Pennsylvania 18360
(570) 972-2060; Fax (570) 338-3499
Attorney for Debtor, Phillip Delgado